AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

ALVIN KNOWLES,

                 Plaintiff,

V.

PAROLE OFFICER GREG JOHNSON, individually and in his capacity as a person employed by the NEW YORK STATE DIVISION OF PAROLE, THE NEW STATE DIVISION OF PAROLE, THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, and THE STATE OF NEW YORK,

                 Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-4741

JUDGE CROTTY

TO: (Name and address of Defendant)

Parole Officer Greg Johnson
New York State Division of Parole
97 Central Avenue
Albany, NY 12206

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

                Law Offices of Steven Epstein
                215 Hilton Avenue
                PO Box 1200
                Hempstead, New York 11551-1200

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK _(signature)_

DATE MAY 21 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

ALVIN KNOWLES,

              Plaintiff,

V.

PAROLE OFFICER GREG JOHNSON, individually and in his capacity as a person employed by the NEW YORK STATE DIVISION OF PAROLE, THE NEW STATE DIVISION OF PAROLE, THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, and THE STATE OF NEW YORK,

              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

New York State Division of Parole
97 Central Avenue
Albany, NY 12206

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

         Law Offices of Steven Epstein
         215 Hilton Avenue
         PO Box 1200
         Hempstead, New York 11551-1200

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                DATE

(By) DEPUTY CLERK

STATE OF NEW YORK   SOUTHERN COUNTY   U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CV 4741   AND FILED ON
ATTORNEY(S) Intercounty Judicial Service

*Alvin Knowles*   Plaintiff(s)/Petitioner(s)
vs
*Parole Officer Greg Johnson, Individually and in his capacity as a person employed NYS Division of*   Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

Christopher Warner , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on June 17, 2008 at 2:30 pm M at 97 Central Ave., Albany, NY deponent (did, ~~did not~~) serve the within Summons in a Civil Action and Complaint

on: New York State Division of Parole , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]  A xxxxxxx corporation, by delivering thereat a true copy of each to Robin Filmer personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Authorized Agent - Counsel's Office thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]  On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex Female   Color of skin White   Color of hair Brown   Approx. Age 36 - 50 Yrs.   Approx. Height 5' 4" - 5' 8" Approx. weight 131 - 160 Lbs.   Other _____

**#8 WIT. FEES** [ ]  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
18th day of June, 2008
Notary Public

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

Christopher Warner

Invoice·Work Order # 0811478

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                   District of                    New York

ALVIN KNOWLES,

      Plaintiff,

  V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

PAROLE OFFICER GREG JOHNSON, individually and in his capacity as a person employed by the NEW YORK STATE DIVISION OF PAROLE, THE NEW STATE DIVISION OF PAROLE, THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, and THE STATE OF NEW YORK,

      Defendants.

TO: (Name and address of Defendant)

NY Department of Correctional Services
Building 2
1220 Washington Avenue
Albany, New York 12226-2050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Steven Epstein
215 Hilton Avenue
PO Box 1200
Hempstead, New York 11551-1200

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                DATE

(By) DEPUTY CLERK

STATE OF NEW YORK  SOUTHERN COUNTY  U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CV 4741  AND FILED ON MAY 21, 2008
ATTORNEY(S) Intercounty Judicial Service

*Alvin Knowles*  Plaintiff(s)/Petitioner(s)
vs
*Parole Officer Greg Johnson Indv. and in his Capacity as a person employed by NYS Division of Parole*  Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY  , SS.:

Christopher Warner, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on June 17, 2008 at 3:35 pm M at Harriman State Campus, 1220 Washington Ave., Bldg. 2, Albany, NY deponent (did) did-not) serve the within Summons in a Civil Action and Complaint

on: NY Department of Correctional Services , _____ (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X] A _xxxxxxx_ corporation, by delivering thereat a true copy of each to Len Mancini personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Associate Counsel thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ] On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex Male  Color of skin White  Color of hair Gray  Approx.Age 51 - 65 Yrs.  Approx.Height 5' 4" - 5' 8" Approx. weight 161 - 200 Lbs  Other _____

**#8 WIT. FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
18th day of June, 2008

Notary Public

Christopher Warner

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 20__

Invoice·Work Order # 0811497

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

ALVIN KNOWLES,

                Plaintiff,

     V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

PAROLE OFFICER GREG JOHNSON, individually and in his capacity as a person employed by the NEW YORK STATE DIVISION OF PAROLE, THE NEW STATE DIVISION OF PAROLE, THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, and THE STATE OF NEW YORK,

                Defendants.

TO: (Name and address of Defendant)

Andrew M. Cuomo
NY State Attorney General
120 Broadway
New York, New York 10271

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Law Offices of Steven Epstein
      215 Hilton Avenue
      PO Box 1200
      Hempstead, New York 11551-1200

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

| | | |
|---|---|---|
| STATE OF NEW YORK | COUNTY OF | INDEX #: 08CV4741 |
| UNITED STATES DISTRICT COURT | | Date Filed: May 21, 2008 |
| DISTRICT: SOUTHERN DISTRICT OF NEW YORK | | |

ATTORNEY(S): Steven Epstein : Steven B. Epstein Esq.  PH: 516-292-2700
ADDRESS: 215 Hilton Avenue Ste 1200 Hempstead NY 11550  File No.:

*ALVIN KNOWLES*

vs                                                                                            Plaintiff(s)/Petitioner(s)

*PAROLE OFFICER GREG JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS A PERSON EMPLOYED BY THE NEW YORK STATE DIVISION OF PAROLE, THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                              **AFFIDAVIT OF SERVICE**

John Pluchino, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On June 20, 2008 at 3:07pm, at 120 BROADWAY, NEW YORK, NY 10271, deponent served the within Summons in a Civil Action and Complaint

on: **NY STATE ATTORNEY GENERAL Andrew M. Cuomo**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to Latish Gilbert personally, deponent knew the person so served to be the managing agent of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

| on the | day of | at |
|---|---|---|
| on the | day of | at |
| on the | day of | at |
| on the | day of | at |

Address confirmed by _____

**#5 MAIL COPY** [ ] On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: Female  Color of skin: Black  Color of hair: Black  Age: 21 - 35 Yrs.  Height: 5' 4" - 5' 8"
Weight: 131 - 160 Lbs.  Other Features: _____

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER** [ ]

Sworn to before me on June 23, 2008

PATRICIA ROTHFRITZ
NOTARY PUBLIC, State of New York
01R06055503, Nassau County
Term Expires February 26, 2011

John Pluchino
Server's Lic # 1218124
Invoice·Work Order # 0807862

*INTERCOUNTY JUDICIAL SERVICES, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501, PH. 516-248-8270, FAX 516-294-6225*