| STATE OF NEW YORK | SOUTHERN DIST. COUNTY | U. S. DISTRICT COURT |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX # 08CV4741 | AND FILED ON | |
| ATTORNEY(S) Intercounty Judicial Service | | |

*Alvin Knowles*   Plaintiff(s)/Petitioner(s)

vs

*Parole Officer Glen Johnson et al*   Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

_____ Paul D. Jones _____ , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on __July 24-2008__ at __2:28__ P M at __State Campus Bldg 2 Albany, N.Y__ deponent (did) did not) serve the within Amended Summons in a Civil Action & Amended Complaint

on: _____ NYS Department of Correctional Services _____ , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]
A __xxx__ corporation, by delivering thereat a true copy of each to __Len Mancini__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __Assistant Counsel__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the __24th__ day of __July 2008__ at __2:28 pm__
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex __m__  Color of skin __white__  Color of hair __Blackish Gray__  Approx.Age __50-60__  Approx.Height __5'3__  Approx.weight __170__  Other __glasses__

**#8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this __25th__ day of __July, 2008__

_____
Notary Public
FAITH COZZY
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01CO6158874
Commission Expires January 8, 2011

*Paul D. Jones* (signature)
Paul D. Jones

Invoice·Work Order # 0814103