| | | |
|---|---|---|
| STATE OF NEW YORK | COUNTY OF | INDEX #: 08CV4741 |
| UNITED STATES DISTRICT COURT | | Date Filed: May 21, 2008 |
| DISTRICT: SOUTHERN DISTRICT OF NEW YORK | | |

ATTORNEY(S): Steven Epstein : Steven B. Epstein Esq.   PH: 516-292-2700
ADDRESS: 215 Hilton Avenue Ste 1200  Hempstead NY 11550   File No.:

*ALVIN KNOWLES*

vs

Plaintiff(s)/Petitioner(s)

*PAROLE OFFICER GLEN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS A PERSON EMPLOYED BY THE NEW YORK STATE DIVISION OF PAROLE, THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

_Thomas G. Russo_, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _August 5, 2008_ at _4:40pm_, at _79 Alexander Avenue, Bronx, NY 10454_, deponent served the within _Amended Summons in a Civil Action and Amended Complaint_

on: **THE NEW YORK STATE DIVISION OF PAROLE**, _Defendant_ therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. [ ]

**#2 CORPORATION** [X] By delivering thereat a true copy of each to _Senior Parole Officer Garcia_ personally, deponent knew the person so served to be the _managing agent_ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

**#5 MAIL COPY** [ ] On ___, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _Female_   Color of skin: _Brown_   Color of hair: _Brown_   Age: _36 - 50 Yrs._   Height: _5' 4" - 5' 8"_
Weight: _131 - 160 Lbs._   Other Features: ___

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER** [ ]

Sworn to before me on _August 6, 2008_

PATRICIA ROTHFRITZ
NOTARY PUBLIC, State of New York
01R06055503, Nassau County
Term Expires February 26, 2011

Thomas G. Russo
Server's Lic # 1076023
Invoice•Work Order # 0809481

*INTERCOUNTY JUDICIAL SERVICES, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501, PH. 516-248-8270, FAX 516-294-6225*